1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONDEL DELBERT GARDNER,           )        NO. LA CV 13-09013-VBF (AGR)
                                  )
            Plaintiff,            )        ORDER
                                  )
            v.                    )        Adopting the Report and
                                  )        Recommendation of the U.S.
JOSEPH McQUIRTER et al.,          )        Magistrate Judge and
                                  )
            Defendants.           )        Directing that the Second
                                  )        Amended Complaint Be Filed as
                                  )        of August 24, 2015
                                  )

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

Complaint, records on file, and the Report and Recommendation of the

magistrate judge.  Plaintiff has not filed objections and the time has elapsed for

him to do so.  The Court accepts the findings and recommendation of the

magistrate judge.

        Plaintiff alleged that he had received inadequate medical care from

Defendant, an oral surgeon, and from unnamed staff.  The magistrate judge

found that Plaintiff had failed to allege deliberate indifference to a serious medical

need by Defendant.  The magistrate judge also noted that Plaintiff had already

been given an opportunity to amend his complaint to state a claim when the

1     magistrate judge had screened Plaintiff's complaint.  (Report at 8.)

2         The magistrate judge nevertheless recommended that Plaintiff be granted

3     leave to amend one more time in conformance with the legal standards outlined

4     in the Report.  (*Id.* at 9.)  The magistrate judge noted that Plaintiff appeared to be

5     attempting to assert claims against unnamed members of the dental staff.  (*Id.*)

6         On August 24, 2015, Plaintiff submitted a Second Amended Complaint .  In

7     addition to McQuirter, Plaintiff names three new defendants.  (*Id.* at 2-3.)

8         **IT IS ORDERED that the Second Amended Complaint be deemed filed**

9     **on August 24, 2015, the date it was received.  The Court refers the matter**

10     **back to the magistrate judge for further pre-trial proceedings.**

11

12

13     DATED: September 2, 2015

14                             *Valerie Baker Fairbank*
                            _____

15                       VALERIE BAKER FAIRBANK
                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2